**Terry Lee ROSEBORO, Plaintiff—Appellant,**

v.

**Lucky T. OSHO, Defendant—Appellee.**

No. 05–6059.

United States Court of Appeals, Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 31, 2005.

Terry Lee Roseboro, Appellant pro se.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Lee Roseboro appeals the district court's orders dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), for failure to state a claim, *see* 28 U.S.C. § 1915(e)(2) (2000), and denying his subsequent motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Roseboro v. Osho,* No. CA–04–178–5 (W.D.N.C. Nov. 29, 2004 & Dec. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*